UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60, <br><br>                               Plaintiffs, <br><br> -against- <br><br> CENTRAL SITE DEVELOPMENT CORP., <br><br>                               Defendant. | Index No. <br><br> **07 CIV. 6636** <br><br> **Fed. R. Civ. Pro. 7.1** |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:


Date: July 17, 2007

                                                   _/s/ Karin Arrospide_
                                                   Karin Arrospide, Esq. (KA9319)