**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

Index # 07CIV6636                                                                                     Purchased/Filed: July 24, 2007

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN

Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, et al

Plaintiff

against

Central Site Development Corp.

Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ July 26, 2007 ___, at ___ 2:00 pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ Central Site Development Corp. _____

Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 306 Business Corporation Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___ 23 ___ Approx. Wt: ___ 160 ___ Approx. Ht: _____

Color of skin: ___ White ___  Hair color: ___ Blonde ___  Sex: ___ F ___  Other: _____

Sworn to before me on this

___ 1st ___ day of ___ August, 2007 ___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI_____, Qualified in Albany County
Commission Expires June __, 20__

Jessica Miller

Invoice/Work Order # SP07_____