UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED SEP 2 6 2007 S.D. W.P. OF N.Y.

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60,<br><br>                          Plaintiffs,<br><br>-against-<br><br>CENTRAL SITE DEVELOPMENT CORP.,<br><br>                          Defendant. | Index # 07-CIV-6636 (CLB)<br><br>**REQUEST FOR ENTRY<br>OF DEFAULT JUDGMENT** |

TO:   Clerk of the United States District Court for the
       Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, CENTRAL SITE DEVELOPMENT CORP., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No.60, and against the Defendant, CENTRAL SITE DEVELOPMENT CORP., in the sum of $16,305.25 which includes liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        September 21, 2007

_____
Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____