# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

8 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0560

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 944-9180
Fax: (212) 943-9189

September 26, 2007

**MEMO ENDORSED**

*[Handwritten endorsement:]* Conference adjourned to November 2, 2007. So Ordered. Sept. 27, 2007. /s/ C.L. Brieant, USDJ

**VIA FACSIMILE – (914) 390-4085**
Chambers of the Hon. Charles L. Brieant
United States District Judge
Southern District of New York
U.S. Courthouse, 300 Quarropas St.
White Plains, NY 10601

Re:   Trustees, et al. vs. Central Site Development Corp.
      Index No. 07-CIV-6636 (CLB)
      Conference Date: September 28, 2007

Dear Honorable Judge Brieant:

This firm is counsel to plaintiffs in the above referenced matter. I write to request an adjournment of the conference scheduled for September 28, 2007.

The defendant was served with the Summons and Complaint via secretary of state on August 9, 2007 and we are in the process of preparing and filing the motion for default judgment in accordance with your rules.

Accordingly, we respectfully request that the court adjourn the initial conference to a date in late October, 2007. We are simultaneously sending a copy of this letter to the defendant.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: /s/
Resa Bernardini, Paralegal

cc: Central Site Development Corp.